**JS-6**

1
2
3
4
5
6
7
8
9
10
11
12
13

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRIAN PATTERSON,<br><br>    Plaintiff,<br><br>    v.<br><br>THE BOEING COMPANY, a Delaware corporation; BOEING DEFENSE, SPACE & SECURITY, a division of BOEING, business entity form unkown; BOEING NETWORK & SPACE SYSTEMS, a part of BOEING DEFENSE, SPACE & SECURITY, a business entity, form unknown, and DOES 1-10,<br><br>    Defendants. | Case No. CV 16-7613-GW-SKx<br><br>**ORDER RE: JOINT STIPULATION FOR DISMISSAL** |

[PROPOSED] ORDER RE: JOINT STIPULATION RE DISMISSAL

The Court, having reviewed the Parties' Joint Stipulation re Dismissal, and for good cause appearing, orders as follows:

1. The entire matter is dismissed with prejudice

2. Each party is to bear his or its own attorneys' fees and costs.

IT IS SO ORDERED.

Dated: October 4, 2021

HON. GEORGE H. WU,
United States District Judge